AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Western District of Texas

FILED
2019 APR -9 AM 11:01
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY SF
DEPUTY

United States of America
v.
BARKA, Timothy James
CRISTY, Laura Michelle
and
ARAGON, Stephen Lucas
*Defendant(s)*

Case No. EP-19-mj-4118-(1,2,3)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 7, 2019 in the county of in the El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1324 (a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, and shield from detection, such alien in any place, including any building and any means of transportation |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Brandon Broussard, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 9, 2019

*Judge's signature*

City and state: El Paso, Texas

**Miguel Torres**, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

On Sunday, April 7, 2019, Customs and Border Protection Officer (CBPO) Bartolo Enos was assigned to assist United States Border Patrol (USBP) at the USBP Station located at the Paso Del Norte (PDN) Port of Entry (POE). During his duty shift, CBPO Enos was given permission to retrieve his lunch from his fiancé at the corner of Paisano and Executive. After retrieving his lunch, CBPO Enos was driving eastbound on Paisano returning to the USBP Station. At approximately 12:40 pm, traffic was at a standstill along Paisano. CBPO Enos was able to see a white van with New Mexico license plates, approximately six cars ahead, parked in the middle of the road blocking both lanes of traffic. At this time, CBPO Enos witnessed multiple subjects on the southside of the United States/Mexico border fence place ladders against the fence and climb over the fence, illegally entering the United States from Mexico, and get into the white van. The van then continued eastbound on Paisano.

At this time, CBPO Enos, driving an unmarked vehicle, caught up to the van on the left side, rolled down his passenger window and identified himself as a federal law enforcement officer by shouting at the driver and telling him to pull over. CBPO Enos was dressed in full uniform. The driver of the van made eye contact with CBPO Enos and accelerated the vehicle. CBPO Enos then pulled in front of the van and slowed his vehicle to a complete stop attempting to stop the van. At that time, the van wrecks into the rear of CBPO Enos' vehicle. CBPO Enos then exits his vehicle and orders the driver of the van to turn off the engine. The driver of the van reverses and wrecks into another vehicle behind it. CBPO Enos attempts to open the driver's side door of the van while issuing verbal commands to stop the vehicle. The driver continues to ignore CBPO Enos' commands and places the vehicle in drive. CBPO Enos then draws his service issued weapon and again commands the driver to stop and exit the vehicle. CBPO Enos then breaks the driver's side window with the butt of his weapon and the driver places the van in park. The male driver and front male passenger exit the vehicle and comply with CBPO Enos. A female in the rear passenger seat refuses to comply with CBPO Enos' commands, refused to exit the vehicle and shouted curse words at CBPO Enos.

The driver of the vehicle that the van reversed into is an off-duty police officer with the El Paso Police Department (EPPD). The officer assisted CBPO Enos with securing the subjects in the van. Approximately two to three minutes later, USBP Agent Brian Ault arrived on scene and placed the female, non-compliant passenger in custody. A total of seven subjects were in the van, all of which were detained for further investigation.

While detained, USBP identified themselves to all seven subjects and questioned all seven subjects as to their citizenship. The driver of the van, identified as Timothy James BARKA, is a United States Citizen. The front passenger of the van, identified as Stephen Lucas ARAGON, is a United States Citizen. The female passenger in the rear of the vehicle, identified as Laura Michelle CRISTY, is a United States Citizen. The other four male passengers freely admitted to being citizens of Mexico, had just entered

the United States illegally, and did not have the proper documentation allowing them to be or remain in the United States legally.

Homeland Security Investigations (HSI) Special Agents (SAs) Brandon Broussard and Abraham Aguirre with the Border Enforcement Security Task Force (BEST) arrived and began an investigation.

At approximately 7:30 pm, SA Broussard read BARKA the Miranda warning in the English language witnessed by SA Aguirre. BARKA acknowledged in writing that he understood his rights as per his signature and he agreed to make a statement without the presence of an attorney. SAs Broussard and Aguirre conducted an interview with BARKA.

During the interview BARKA stated that he was from Albuquerque, New Mexico and that he came to El Paso to go shopping at the Outlet Mall. He stated that as they were driving, one guy stepped out into the road and flagged him down and before he knew it, the girl in the back opened the door and three or four guys got into the vehicle. He stated they had been drinking and smoking weed and that it was his girlfriend's idea to go shopping in El Paso. He stated they drove from Albuquerque in the van and that the van was his friend Stephen's.

BARKA then changes his story, saying that he was going to be paid $200 to come on a trip to El Paso. He stated that he didn't know why he was going to be paid or who was going to pay him. He said he has no job, no place to live and that he was desperate.

BARKA then states that he has already been paid the $200, insisting that he doesn't know why he was paid, but that the money was left in the van. He then states there were two vans, with multiple people in each van, and they were the ones that were going to pay him and states that he hadn't been paid yet.

BARKA also states that they were staying at a hotel in El Paso that he thinks was called the Extended Stay. BARKA can't remember what street the hotel was on, or what business' it was close to. He stated that he paid for the room and then later stated that they never stayed at the hotel, but they slept in the parking lot of the hotel.

When SAs confronted BARKA with the multiple inconsistencies in his story and that it didn't make sense, BARKA asked for a lawyer. At approximately 8:02 pm, the interview was terminated, and no further questions were asked.

At approximately 8:06 pm, SA Broussard read CRISTY the Miranda warning in the English language witnessed by SA Aguirre. CRISTY acknowledged in writing that she understood her rights as per her signature and she agreed to make a statement without the presence of an attorney. SAs Broussard and Aguirre conducted an interview with CRISTY.

During the interview CRISTY stated that her boyfriend is apparently picking up Mexicans. She stated they are from Albuquerque, New Mexico and that they traveled to El Paso on Friday. CRISTY stated that BARKA is her boyfriend and that ARAGON is her neighbor. She stated that her boyfriend was coming to El Paso to meet a friend and she just came along for the ride because she wanted to get out of Albuquerque. She stated that they stayed in a Motel off of exit 11, near an Albertson's. She could not remember the name of the Motel, but that it had a number in it, kind of like Motel 6, but that wasn't it. She stated that they went shopping at the Outlet Mall on Saturday.

CRISTY stated that they checked out of the hotel at 11 am, and that she fell asleep in the van and was woken up when they wrecked. She stated that when she woke up from the wreck she saw several people in the van and they were all wet. She claimed that she never saw them enter the van. CRISTY stated that she doesn't know who owns the van, but that her boyfriend uses it a couple times a week. CRISTY stated that BARKA and ARAGON hang out together and that ARAGON met with a Cuban at their hotel. She also stated that BARKA left with the van by himself Saturday night for about 5 hours.

CRISTY stated that she knows that her boyfriend is into some bad things at times, but that she doesn't ask any questions. She says it's better not to ask or know what's going on.

When SAs confronted CRISTY with her extensive criminal history and that her story doesn't make sense, as well as the inconsistencies between her and her boyfriend's stories, she got upset and stated that just because she has a bad history doesn't mean she's involved in anything with these Mexicans. She said she doesn't care what her boyfriend does and chooses not to ask questions because the less she knows the less she can get in trouble. She also stated that no matter what happened there's no way that officers could put this on her and that none of the charges would stick. The interview was terminated at approximately 8:37 pm.

At approximately 8:40 pm, SA Broussard read ARAGON the Miranda warning in the English language witnessed by SA Aguirre. ARAGON acknowledged in writing that he understood his rights as per his signature and he agreed to make a statement without the presence of an attorney. SAs Broussard and Aguirre conducted an interview with ARAGON.

During the interview ARAGON stated that he was from Albuquerque, New Mexico and that he knew CRISTY for approximately three years. He said that CRISTY asked if he would come along on their trip to El Paso to go shopping and that she gave him $30 because she wanted him to have fun and she knew that he didn't have much money. He stated that he lives on social security. ARAGON stated that he didn't ask any questions about the trip. He stated that he didn't know what happened when all of a sudden there were people getting in the van and that and they wrecked into an officer.

ARAGON also stated they were staying at a motel with a number in the name, but that he couldn't remember. He said he slept most of the trip and was going through withdrawals from alcohol.

When agents confronted ARAGON with his prior criminal history, the fact that he got himself in a tough situation and that his story doesn't make sense, he became frustrated and stated he doesn't want to be a rat but that he can't go back to prison. ARAGON state that he doesn't want to go back to jail, but that he's scared to be a rat because he lives in a tough neighborhood and doesn't want people to find out because then he feels like he'll have to protect himself.

ARAGON admits that CRISTY asked him to come to El Paso with her so that he could translate for her. CRISTY stated that she has some work and that she just needs help with translating because he knows Spanish and she doesn't, and that she'll help him out when they get back. ARAGON stated that he translated for her on multiple phone calls with a guy that was telling her where to pick up the work. ARAGON stated they were supposed to pick up the day before, but that something happened and they were forced to stay another day.

ARAGON stated that CRISTY received a call that he translated saying they were ready for pick up and needed to go now, so him, CRISTY and BARKA got in the vehicle and that's when ARAGON saw people jumping the fence and CRISTY opened the back seat sliding door of the van and they got in. ARAGON stated that he saw the cop trying to pull them over, but that BARKA is known for running from the police and that's when they wrecked into the officer's vehicle and then reversed into another vehicle. ARAGON stated CRISTY said they were supposed to take the illegal aliens all the way to Albuquerque, New Mexico.

ARAGON stated that CRISTY is the one that organized everything and that he was dumb for going along with things. He also stated that he helped translate for CRISTY while talking to a Cuban guy, but that he had a hard time understanding what the Cuban was saying. The interview was terminated at approximately 9:25 pm.

At approximately 11:05 pm, SA Aguirre read REYES-TERRAZAS, Emanuel Geovany the Miranda warning in the Spanish language witnessed by SA Broussard. REYES-TERRAZAS acknowledged in writing that he understood his rights as per his signature and he agreed to make a statement without the presence of an attorney. SAs Aguirre and Broussard conducted an interview of REYES-TERRAZAS. REYES-TERRAZAS was one of the illegal aliens that was in the van.

During the interview REYES-TERRRAZAS stated that one guy took them to the border in Mexico, they climbed over the fence with ladders and this one guy pointed out the white van to them and told them to go to it. Once they crossed into the United States, REYES-TERRAZAS stated that he saw the white girl open the side door of the van and motioned to them with her hand and arm to get in the vehicle. They got into the vehicle and wrecked shortly after. REYES-TERRAZAS was able to identify CRISTY, BARKA,

and ARAGON through photos, as the people that picked them up in the white van. The interview was terminated at approximately 11:30 pm.

CRISTY provided SAs Broussard and Aguirre with written consent to search her cellular telephone. During a preliminary search of her phone, SAs located a text message between CRISTY and BARKA from April 6, 2019, where CRISTY is telling BARKA that he will get paid regardless if it goes or not, that she already talked to her main and they're good, stating that making a quick $1,200 won't kill him.

In another text message located on CRISTY's phone from April 6, 2019, BARKA tells CRISTY that he thinks it's weird that a Cuban is helping a Mexican, that it's not seen a lot. CRISTY replies that he was supposed to be learning the run because they only let each person run so many times, so they don't become known.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers.

Brandon Broussard, Case Agent
Homeland Security Investigations