IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2019 APR -9 AM 11:01

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | No. EP-19-mj4118(2,3) SF |
| V. | § | |
| | § | |
| TIMOTHY JAMES BARKA (1), | § | |
| LAURA MICHELLE CRISTY (2), and | § | |
| STEPHEN LUCAS ARAGON (3), | § | |
| | § | |
| DEFENDANT(S). | | |

**GOVERNMENT'S MOTION TO DETAIN DEFENDANTS WITHOUT BOND AND MOTION FOR CONTINUANCE**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendants Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendants have been charged with a violation of Title 8, United States Code, Section 1324, Alien Smuggling.
2. Defendants have prior criminal histories.
3. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendants at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendants without bail pending the final outcome of this case.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: ______________________
PHILLIP COUNTRYMAN
Assistant U.S. Attorney
Texas Bar#24094380
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884